UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA CANAVERO,<br><br>   Plaintiff,<br><br>   v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, et al.,<br><br>   Defendants. | Case No.  15-cv-01082-YGR<br><br>**CASE MANAGEMENT ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

In light of the parties' case management statement (Dkt. No. 25), the Court hereby sets the following trial and pretrial dates:

## CASE SCHEDULE

| | |
|---|---|
| DISCOVERY CUTOFF: | November 30, 2015 |
| EXPERT DISCOVERY CUTOFF: | Not applicable |
| RULE 52 CROSS-MOTIONS FOR JUDGMENT: | Opening briefs due January 12, 2016;<br>Opposition briefs filed February 2, 2016;<br>Reply briefs due February 23, 2016 |
| HEARING DATE: | March 15, 2016 |

The parties must comply with the Court's Standing Order in Civil Cases for additional procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: June 19, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge