UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA CANAVERO,<br>　　　　　　　Plaintiff(s),<br><br>　　　　v.<br><br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA, et al.,<br>　　　　　　　Defendant(s). | CASE NO. C 15-01082 YGR<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐　Non-binding Arbitration (ADR L.R. 4)
☐　Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☐　Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☒　Private ADR *(please identify process and provider)*  The parties are still in the process of selecting a mediator.

The parties agree to hold the ADR session by:
☐　the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☒　other requested deadline  October 31, 2015

| | |
|---|---|
| Dated: June 4, 2015 | *s/ Mitchell O. Hefter*<br>Attorney for Plaintiff<br>ALAN E. KASSAN<br>MITCHELL O. HEFTER |
| Dated: June 4, 2015 | *s/ Kristin P. Kyle de Bautista*<br>Attorney for Defendants<br>KRISTIN P. KYLE DE BAUTISTA<br>DANIEL W. MAGUIRE |

CONTINUE TO FOLLOWING PAGE

LA #4851-0813-5460 v1



**[PROPOSED] ORDER**

☐ The parties' stipulation is adopted and IT IS SO ORDERED.
☒ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

```
A compliance hearing regarding the parties' agreed-upon selection of a private
mediator shall be held Friday, July 31, 2015 on the Court's 9:01 am calendar,
in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.
Five (5) business days prior to the date of the compliance hearing, either: (a)
the parties shall file a joint statement notifying the Court they have complied
and the name of the selected mediator; or (b) the parties shall file a one-page
joint statement setting forth an explanation for failure to comply. If
compliance is complete, the parties need not appear and the compliance hearing
will be taken off the claendar.
Telephonic appearances will be allowed if the parties have submitted a joint
statement in a timely fashion. Failure to do so may result in sanctions.
```

Dated: July 14, 2015

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

> When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

American LegalNet, Inc.
www.FormsWorkFlow.com