UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| VIRGINIA CANAVERO,<br><br>          Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; ALBERTSON'S, INC. EMPLOYEES' DISABILITY BENEFITS PLAN,<br><br>          Defendants. | Case No.  C 15-01082 YGR<br><br>**(PROPOSED) ORDER RE STANDARD OF REVIEW TO BE USED UPON TRIAL OR DISPOSITIVE PROCEEDING** |

The court having read and considered the parties' Joint Stipulation Re Standard of Review, and finding good cause therefor, it is hereby ordered that the standard of review to be employed at trial or other dispositive proceeding will be that of *de novo*.

DATED: October 8, 2015

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE