**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **VIRGINIA CANAVERO**, | Case No.  15-cv-01082-YGR |
| Plaintiff, | |
| v. | **ORDER VACATING DATES AND SETTING COMPLIANCE HEARING** |
| **LIFE INSURANCE COMPANY OF NORTH AMERICA, ET AL.**, | |
| Defendants. | |

The Court understands, based on the representation of the parties, (Dkt. No. 35) that the above-captioned case has settled.  Accordingly, all pending motion, case management, and trial dates are **VACATED**.  A compliance hearing shall be held on the Court's **9:01 a.m.** calendar on **Friday, January 15, 2016**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

No later than January 8, 2015, the parties shall file either (a) a stipulation of dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

**IT IS SO ORDERED.**

Dated: November 24, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**