Alan E. Kassan – SBN 113869
  E-mail: akassan@kantorlaw.net
Mitchell O. Hefter – SBN 291985
  E-mail: mhefter@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:   (818) 350-6272

Attorneys for Plaintiff,
VIRGINIA CANAVERO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA CANAVERO,<br><br>         Plaintiff,<br><br>     vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; ALBERTSON'S, INC. EMPLOYEES' DISABILITY BENEFITS PLAN,<br><br>         Defendants. | CASE NO:  4:15-cv-01082-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)** |

Following settlement of this matter, Plaintiff VIRGINIA CANAVERO and Defendants LIFE INSURANCE COMPANY OF NORTH AMERICA and ALBERTSON'S, INC. EMPLOYEES' DISABILITY BENEFITS PLAN hereby stipulate as follows:

1.   The above-entitled action against all Defendants be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure; and

2.   Each party shall bear their own costs and fees except as otherwise agreed by the parties.

The parties request that the compliance hearing set for 9:01 a.m. on Friday, January 15, 2016 be taken off calendar without need for the parties to appear.

IT IS SO STIPULATED.

DATED: January 7, 2016          KANTOR & KANTOR, LLP


By   /s/ *Mitchell O. Hefter*
     Mitchell O. Hefter
     Attorneys for Plaintiff
     Virginia Canavero

DATED: January 7, 2016          BURKE, WILLIAMS & SORENSEN, LLP


By   /s/ *Daniel W. Maguire*
     Daniel W. Maguire
     Attorneys for Defendants
     Life Insurance Company of North
     America and Albertson's Inc.
     Employees' Disability Benefits Plan

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, Brent Dorian Brehm hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.*

### [~~PROPOSED~~] ORDER

Based upon the stipulation of the parties, and for good cause shown:

IT IS HEREBY ORDERED that this action, Case No. 4:15-cv-01082-YGR is dismissed in its entirety, with prejudice. Each party shall bear its own attorneys' fees and costs in this matter except as otherwise agreed by the parties.

IT IS HEREBY FURTHER ORDERED that the compliance hearing set for 9:01 a.m. on Friday, January 15, 2016 is taken off calendar. The parties need not appear.

DATED: January 8, 2016          BY: _/s/ Yvonne Gonzalez Rogers_
                                     Honorable Yvonne Gonzalez Rogers
                                     United States District Court Judge

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525